# UNITED STATES DISTRICT COURT
for the
District of Maryland

JUN 1 2 2014

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

In the Matter of the Search of
*(Briefly describe the property to be searched
or identify the person by name and address)*

A second Sandisk thumb drive found inside a black Lexus automobile, MD license plate # 7AE5297, VIN # JTCHCE1KS9B0029209

Case No. 14-mj-1285-SKG

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

a second Sandisk thumb drive found inside a black Lexus automobile, MD license plate # 7AE5297, VIN # JTCHCE1KS9B0029209, currently held in an evidence envelope in the FBI's Rockville Resident Agency

located in the _____ District of ____Maryland____, there is now concealed *(identify the person or describe the property to be seized)*:

documents, notes, correspondence, financial records, contact information, and other documents and records relating to the conduct of various businesses by Curtis R. Martin, Jr. while he was on supervised release between late 2010 and December 2013.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC 1341 | Mail Fraud |
| 18 USC 1343 | Wire Fraud |
| 18 USC 1344 | Bank Fraud |

The application is based on these facts:

See attached Affidavit in support of Application for a search Warrant.

☐ Continued on the attached sheet.

☐ Delayed notice of ____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

TAMMY D. RAY, SPECIAL AGENT, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 5/24/14

City and state: Baltimore, Maryland

*Judge's signature*

THE HON. SUSAN K. GAUVEY
*Printed name and title*